UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPH SAM** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-0703** |
| **STATE OF LOUISIANA** | **SECTION "I"(2)** |

## O R D E R

The court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by petitioner, Joseph Sam, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Joseph Sam's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  18th  day of April, 2011.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE